# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAEANN M. HAYTON, | ) |
| | ) No. CV-08-392-JLQ |
| Plaintiff, | ) |
| | ) ORDER FOR DISMISSAL |
| vs. | ) WITH PREJUDICE |
| | ) |
| UNITED STATES OF AMERICA, et al, | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Joint Motion For Order of Dismissal (C.R. 17) the Clerk of this court shall enter judgment dismissing the complaint and the claims therein against all Defendants with prejudice.

The Clerk shall enter this Order, enter judgment, furnish copies to counsel and close this file.

Dated this 26th day of July, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

s/ Justin L. Quackenbush

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1