AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RAEAMM M. HAYTON,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-392-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED joint motion for dismissal (Ct. Rec. 17) is granted. The Complaint and claims therein against all Defendants is dismissed with prejudice. File closed.

| | |
|---|---|
| July 26, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |